```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0120--CR (RRB)
                            "USA V HARRIET TUKROOK"
                             DEF 1.1 TUKROOK, HARRIET

             Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  12/18/02
            Closed:  06/20/03
No. of Defendants:  1
   MJ Case Number:
               AKA:
   Location status:  Released on Own Recognizance
        Trial date:
        Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Sue Ellen Tatter
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Joseph W. Bottini
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 TUKROOK, HARRIET
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 INF | 1 | 18:641 THEFT OF PUBLIC MONEY (F) | Sentenced (24-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0120--CR (RRB)
                              "USA V HARRIET TUKROOK"

                                   For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 12/18/02
            Closed: 06/20/03
No. of Defendants: 1


 Document #   Filed      Docket text

     1 -  1   12/18/02   [Re: DEF 1] PLF 1 Information.

  NOTE -  1   12/20/02   Issued: Summons.

  NOTE -  2   12/20/02   Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

     2 -  1   12/20/02   [Re: DEF 1] Clerk's Notice that case was inadvertently assigned to JKS;
                         case reassigned to RRB; please use case number A02-120 CR (RRB) on all
                         future filings.  cc: USA, Judge Singleton, Judge Beistline, MJ Roberts

     3 -  1   12/20/02   [Re: DEF 1] JDR Minute Order re Arr set for 1/28/03 at 9:30 a.m. cc:
                         USA, USM, USPO, H. Tukrook w/USM cy

     4 -  1   01/07/03   USM Return of svc of summons re: DEF 1 executed on 01/01/03.

     5 -  1   01/21/03   DEF 1 motion on shortened time for transportation from Point Lay, AK to
                         Anch, AK w/att aff.

     6 -  1   01/22/03   [Re: DEF 1] JDR Order granting motion on shortened time for USM to
                         provide non-custodial transportation for def from Point Lay, AK to Anch,
                         AK for arr set for 1/28/03 (5-1). cc: USA, FPD, USM, USPO

     7 -  1   01/28/03   [Re: DEF 1] Financial Affidavit.

     8 -  1   01/28/03   [Re: DEF 1] Waiver of indictment.

     9 -  1   01/28/03   [Re: DEF 1] JDR Order regarding preparation for trial; ptms due 2/11/03.
                         cc: USA, FPD

    10 -  1   01/28/03   [Re: DEF 1] JDR Order of Personal Recognizance; def released O/R.  cc:
                         USA, FPD, USM, PO

    11 -  1   01/28/03   [Re: DEF 1] Order setting conditions of release; def released O/R on
                         conditions.  cc: USA, FPD, USM, PO

    12 -  1   01/28/03   [Re: DEF 1] JDR Order GRANTING oral mot for transportation.  cc: USA,
                         FPD, USM, PO

    13 -  1   01/28/03   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] Arr on Info held
                         1/28/03; Waiver of Indictment filed; S. Tatter appointed; def plead not
                         guilty; Bond set O/R; PTM's due 2/11/03; oral motion to transport def
                         back to Point Lay Ak GRANTED. cc: M. Rosenbaum, S. Tatter, USM, USPO,
                         Judge Beistline

  NOTE -  3   01/29/03   Issued: Notice of Speedy Trial Act ddnls to RRB.  cc: CMC

    14 -  1   01/29/03   [Re: DEF 1] RRB Minute Order setting trial by jury for 4/1/03 at 8:30
                         a.m. and FPTC for 3/25/03 at 8:30. cc: M. Rosenbaum, S. Tatter, USM,
                         USPO, MJ Roberts, jury clerk

ACRS: R_RDSDX                  As of 12/01/05 at 2:54 PM by GARRY                       Page 1
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0120--CR (RRB)
"USA V HARRIET TUKROOK"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 02/04/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 16 - 1 | 03/17/03 | DEF 1 Notice of Intent to change plea. Parties agree change of plea and IOS can be set at one time. |
| 17 - 1 | 03/19/03 | [Re: DEF 1] RRB Minute Order re: the FPTC set 3/25/03 and the TBJ set for 4/1/03 are vacated. A COP and IOS are set for 6/19/03 at 9:00 a.m. cc: M. Rosenbaum, S. Tatter, USM, USPO, MJ Roberts, JC |
| 18 - 1 | 05/19/03 | DEF 1 motion for transportation from Point Lay, Alaska to Anchorage, Alaska for COP & IOS set for 6/19/03 at 9:00 a.m. |
| 19 - 1 | 05/21/03 | [Re: DEF 1] RRB Order granting motion for transportation from Point Lay, Alaska to Anchorage, Alaska for COP (18-1) on 6/19/03. cc: USA, USM, FPD |
| 20 - 1 | 05/29/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 21 - 1 | 06/12/03 | DEF 1 (Disposition) Sentencing Memorandum. |
| 22 - 1 | 06/13/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 23 - 1 | 06/19/03 | [Re: DEF 1] RRB Order granting defs oral motio for transportation.. USM is directed to provide return transportation for def H. Tukrook from Anchorage, Ak to Point Lay, AK after her COP & IOS 6/19/03. cc: M. Rosenbaum, S. Tatter, USM, USPO |
| 24 - 1 | 06/20/03 | [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Information (1-1). Probation for a term of 5 years w/special conditions; SA $100.00; Restitution in the amount of $7,936.96 to the payee on a payment schedule as determined by the USPO. cc: M. Rosenbaum, S. Tatter, USM, USPO, MJ Roberts Def w/cnsl cy, FLU |
| 25 - 1 | 06/20/03 | [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] COP/IOS held 6/19/03. De changed plea to guilty on ct 1 of the Information. Court accepted plea. Def sentenced. Probation for 5 years w/special conditions. SA $100.00; Restitution $1,936.96 to be paid to the US Postal Service. Def's oral motion for transportation from Anchorage, Ak. to Point Lay, Ak. at Government Expense GRANTED. |
| 26 - 1 | 07/24/03 | [Re: DEF 1] Partial Transcript re: IOS held 6/19/03. |
| 27 - 1 | 02/17/04 | [Re: DEF 1] Partial Transcript re: IOS held 1/15/04. |
| 28 - 1 | 07/20/05 | [Re: DEF 1] RRB Order and report re: probation/supervised release. cc: USA; USM; USPO; S. Tatter; Judge Beistline. |
| NOTE - 4 | 08/30/05 | Issued: Summons. |
| 29 - 1 | 08/30/05 | [Re: DEF 1] RRB Order and petition for summons for offender under probation; matter referred to MJ for I/A. cc: USA, USM, USPO, def w/cnsls cy |
| 30 - 1 | 08/30/05 | [Re: DEF 1] JDR Minute Order re I/A on pet to revoke probation set for 10/5/05 at 9:30 a.m. cc: USA, USM, USPO, def w/cnsls cy |
| 31 - 1 | 10/05/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Initial Appearance on Petition to Revoke Probation (held 10/05/05); Defendant |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0120--CR (RRB)
                                "USA V HARRIET TUKROOK"

                                  For all filing dates

Document #   Filed      Docket text
```

|  |  |  |  |
|---|---|---|---|
| | | | not present and not served with summons; continued Initial Appearance on Petition to Revoke Probation set 10/18/05 at 9:30 a.m. before Magistrate Judge Roberts.  CC: USA, FPD, USM, USPO, Judge Beistline. |
| NOTE - | 5 | 10/07/05 | Issued: summons |
| 32 - | 1 | 10/11/05 | USM Return of svc of summons re: DEF 1 by State Troopers on 10/6/05. |
| 33 - | 1 | 10/18/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Cont I/A on Pet to Revoke Prob (held 10/18/05); Ms. Tatter accepted appt, crt directed Ms. Tatter to send a financial aff to Ms. Tukrook and to file it with the crt; Cont I/A on Pet to Revoke Prob cont to 11/10/05 at 9:30 a.m.; def's oral mtn for an out of custody transp order GRANTED, crt directed Ms. Tatter to file a mtn and an order; cc: USA, FPD, USM, USPO, Judge Beistline. |
| 34 - | 1 | 10/20/05 | DEF 1 motion for USM transport of def from Point Lay, AK to Anch, AK for 11/10 hrg. |
| 35 - | 1 | 10/21/05 | [Re: DEF 1] JDR Order granting motion for USM transport of def from Point Lay, AK to Anch, AK for 11/10 hrg (34-1). cc: USA, FPD, USM, USPO |
| 36 - | 1 | 11/08/05 | DEF 1 motion to continue initial appearance. |
| 37 - | 1 | 11/09/05 | [Re: DEF 1] JDR Order granting motion to continue initial appearance (36-1); I/A reset for 11/17/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 38 - | 1 | 11/17/05 | [Re: DEF 1] JDR Order of trans for USM to provide non-custodial trans from Anchorage, AK to Point Lay, AK after hrg on 11/17/05. cc: USA, FPD, USM, USPO |
| 39 - | 1 | 11/17/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Cont I/A on Petition to Revoke Supervised Rls (held 11/17/05); def admitted alleg 1; def denied allegs 2 & 3; matter referred to USDJ for evidentiary hrg; Sue Ellen Tatter appointed; bond set; def cnsl requested evidentiary hrg be set in January of 2006; def cnsl's mot for out-of-custody transportation granted; order to be issued.  cc: USA, FPD, USM, USPO, Judge Beistline |
| 40 - | 1 | 11/17/05 | DEF 1 Financial Affidavit. |
| 41 - | 1 | 11/17/05 | [Re: DEF 1] Order setting conditions of release.  cc:  USA, FPD, USM, USPO |
| 42 - | 1 | 11/17/05 | [Re: DEF 1] JDR Order of Personal Recognizance.  cc:  USA, FPD, USM, USPO |