UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA    v.    HARRIET TUKROOK

DATE:  December 8, 2005        CASE NO.   A02-0120 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

An evidentiary hearing on the petition to revoke will be held on **Friday, January 20, 2006, at 10:00 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING