Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIET TUKROOK,<br><br>Defendant. | NO. A02-0120 CR (RRB)<br><br>**MOTION FOR TRANSPORTATION FROM POINT LAY, ALASKA TO ANCHORAGE, ALASKA** |

The defendant, HARRIET TUKROOK, through counsel, hereby requests that this court issue an order directing the United States Marshals to provide noncustodial transportation for the defendant from Point Lay, Alaska to Anchorage, Alaska for her Evidentiary Hearing on the petition to revoke probation scheduled for January 20, 2006, at 10:00 a.m.

The defendant is indigent and has no available funds for transportation. This request is made pursuant to 18 U.S.C. § 4285.

DATED this 4th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on January 4, 2006,
a copy of the *Motion for Transportation
From Point Lay, Alaska to Anchorage,
Alaska* and *Proposed Order* were served
Electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was mailed to:

Marci Lundgren
Probation Officer
U.S. Probation & Pretrial Services
101 12th Avenue, Box 3
Fairbanks, AK 99701

s/Sue Ellen Tatter