UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARRIET TUKROOK,<br><br>　　　　Defendant. | NO. A02-0120 CR (RRB)<br><br>**PROPOSED ORDER** |

After due consideration of the Motion for Transportation From Point Lay, Alaska to Anchorage, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide noncustodial transportation for defendant Harriet Tukrook from Point Lay, Alaska to Anchorage, Alaska in sufficient time to attend her Evidentiary Hearing on the petition to revoke probation scheduled for Friday, January 20, 2006, at 10:00 a.m.

DATED this _____ day of January 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE