DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-120-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE TO END** |
| | ) | **ELECTRONIC SERVICE** |
| vs. | ) | |
| | ) | |
| HARRIET TUKROOK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and

hereby requests that the Court no longer serves pleadings in the above-captioned

case on Joseph W. Bottini, Asst. U.S. Attorney. Bryan Schroder, Assistant U.S.

Attorney, filed a Notice of Attorney Appearance, on January 23rd, 2006.

RESPECTFULLY SUBMITTED this 24th day of January, 2006 at

Anchorage, Alaska

                         DEBORAH M. SMITH
                         Acting United States Attorney

                         s/ Joseph W. Bottini
                         Assistant U.S. Attorney
                         222 West 7th Ave., #9, Rm. 253
                         Anchorage, AK 99513-7567
                         Phone: (907) 271-3668
                         Fax: (907) 271-1500
                         E-mail: joe.bottini@usdoj.gov
                         Alaska Bar # 8411099

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2006,
a copy of the foregoing was served
electronically on Sue Ellen Tatter.

s/ Joseph W. Bottini