```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. ___HARRIET TUKROOK___   CASE NO _3:02-cr-00120 RRB_

BEFORE THE HONORABLE: _RALPH R BEISTLINE_

DEPUTY CLERK/RECORDER: _TINA J GROTHAUSE_

UNITED STATES' ATTORNEY: _BRYAN SCHRODER (telephonic)_

DEFENDANT'S ATTORNEY: _SUE ELLEN TATTER (telephonic)_

U.S.P.O.: _TONI OSTANIK_

PROCEEDINGS: STATUS CONFERENCE HELD: 02/16/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

at 9:59 a.m. court convened.

Defendant appeared telephonically.

Court and counsel heard re where defendant would like to be placed for treatment. Defendant indicated she would like to be in Anchorage.

Court accepted recommendation of the Probation Officer.

Sentence imposed as stated in the Amended Judgment.

at 10:16 a.m. court adjourned.

DATE: _2/16/2006_                DEPUTY CLERK'S INITIALS: _tg_