UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

HARRIET TUKROOK

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 6/20/03)
Case Number: 3:02-cr-00120 RRB
SUE ELLEN TATTER
  Defendant's Attorney

Defendant's probation officer filed a petition on 8/30/2005 accusing defendant of 3 violations of the conditions of supervision provided in the original judgment. Defendant Harriet Tukrook. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1. | Standard | Positive UA | 5/25/05 | C |
| 2. | Special | Failed to report for UA | 6/01/05 | C |
| 3. | Standard | Failed to report to Monthly supervision Report | 7/01/05 to 7/05/05 and 8/01/05 to 8/05/05 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [x] modification or [ ] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 16, 2006
Date of Disposition Hearing

_____
Signature of Judicial Officer
RALPH R BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

2/22/06
Date

Defendant: HARRIET TUKROOK  
Case No.: 3:02-cr-00120 RRB

Amended Judgment--Page 2 of 3

## RESTITUTION AND FORFEITURE
### RESTITUTION

[_] The defendant shall make restitution to the following persons in the following amounts:

Name of Payee                                        Amount of Restitution


Payments of restitution are to be made to:

    [_] the United States Attorney for transfer to the payee(s).
    [_] The payee(s).

Restitution shall be paid:

    [_] in full immediately.
    [_] in full not later than _____.
    [_] in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
    [X] in installments according to the following schedule of payments:

Regarding the restitution it is requested that the Court set the payment of restitution in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

---

### FORFEITURE

[_] The defendant is ordered to forfeit the following property to the United States:

Defendant: HARRIET TUKROOK                    Amended Judgment--Page 3 of 3
Case No.: 3:02-cr-00120 RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[x] is modified as follows:

"The defendant shall reside at a community correctional center (CCC) to be determined by the U.S. Probation Officer for a period of no more than 90 days at the direction of the probation officer. The defendant shall abide by all rules and regulations of the CCC, shall be eligible for work release and release for substance abuse counseling. The defendant shall pay the cost of travel to and from her place of residence, Point Lay, Alaska, and the assigned CCC."

It is further requested that the Court modify the mandatory condition of supervision requiring drug testing to include in that condition a **maximum of 12 drug tests per month**.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.