

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Tukrook, Harriet |
| DATE OF BIRTH: | 3/18/62 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | 3:02-cr-00120 (RRB) |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 8/17/06 |
| TIME OF ARREST: | 0900 |
| PLACE ARRESTED: | Pt. Lay, AK |
| ARRESTED BY: | Officer Brent Greenwood, North Slope Burough PD |

REMARKS: The defendant is being transported to Anchorage later today and should be available for court tomorrow, 8/18/06.

BOOKED IN ENGLISH:  YES __x__   NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.