PROB 12C
(7/93)

# United States District Court
## for the
## District of Alaska
### Petition for Warrant or Summons for Offender Under Probation

| | | |
|---|---|---|
| Name of Offender: Harriet Tukrook | | Case Number: 3:02-CR-00120 (RRB) |
| Sentencing Judicial Officer: | Ralph R. Beistline, U.S. District Court Judge | |
| Date of Original Sentence: | June 19, 2003 | |
| Amended Sentence: | February 16, 2006 | |
| Original Offense: | Theft of Public Money in violation of 18 U.S.C. § 641 | |
| Original Sentence: | Five years probation, standard and special conditions, and $7,936.96 restitution ordered. | |
| Amended Sentence: | Modified conditions of probation to include 90-day placement at community correctional center. | |
| Date Supervision Commenced: | June 19, 2003 | |
| Asst. U.S. Attorney: Brian Schroder | | Defense Attorney: Sue Ellen Tatter, Federal Public Defender |

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of probation:

Violation Number    Nature of Noncompliance

1    The defendant has violated the Special Condition of Supervision, "The defendant shall reside at a community correctional center (CCC) to be determined by the U.S. Probation Officer for a period of no more than 90 days at the direction of the probation officer. The defendant shall abide by all rules and regulations of the CCC, shall be eligible for work release and release for substance abuse counseling. The defendant shall pay the cost of travel to and from her place of residence, Point Lay, Alaska, and the assigned CCC," in that on or about July 28, 2006, at or near Fairbanks, Alaska, the defendant failed to report to the assigned CCC as directed.

Case 3:02-cr-00120-RRB   Document 53-2   Filed 08/10/2006   Page 2 of 5

*Petition for Warrant or Summons*
*Harriet Tukrook*
*A02-012CR (RRB)*

U.S. Probation Officer Recommendation:

The term of probation should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

Respectfully submitted,

*Toni M. Ostanik* (signature)
Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: August 4, 2006

Approved by:

*Eric D. Odegard* (signature)
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[✓]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for probation revocation is referred to the Magistrate Judge for initial appearance only.

[ ]    The issuance of a summons. The petition for probation revocation is referred to the Magistrate Judge for initial appearance only.

[ ]    Other:

Ralph R. Beistline (signature)
Ralph R. Beistline
U.S. District Court Judge

8/10/06
Date

-2-

*Petition for Warrant or Summons*
*Harriet Tukrook*
*A02-012CR (RRB)*

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio*, 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing only if the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court may not designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

-3-

# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 3:02-CR-00120 (RRB) |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| ) | |
| HARRIET TUKROOK ) | |

I, Toni M. Ostanik, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Probation for Harriet Tukrook, and in that capacity declare as follows:

On June 19, 2003, the defendant was sentenced by the Honorable Ralph R. Beistline, U.S. District Court Judge, for the conviction of Theft of Public Money. The defendant was sentenced to probation for a term of five years.

On February 16, 2006, the defendant appeared telephonically before the Honorable Ralph R. Beistline, for disposition on violating conditions of probation. The Court ordered the defendant's conditions of probation modified to include a 90-day placement at a community correctional center, and drug testing to include a maximum of 12 drug tests per month.

On June 29, 2006, the defendant was contacted telephonically, in Anchorage, Alaska, by this officer, and notified the defendant of her placement at North Star Community Correctional Center (NSC). The defendant was instructed to report to NSC on July 28, 2006, in Ester, Alaska, which is located just outside Fairbanks, Alaska. The defendant acknowledge the instruction provided by this officer and stated "it would be taken care of."

On July 24, 2006, the defendant left a voice message on this officer's voice mail, advising this officer that her monthly supervision report was late, and that the defendant would not be able to go to treatment because she would be starting work. This officer was on leave during the week of July 24, 2006.

On July 26, 2006, the defendant left a voice message on Supervising U.S. Probation Officer (SUSPO) Eric Odegard's voice mail. The defendant's message stated that "she couldn't make it to the "rehab center" on the 28th, and she stated she was to make her own ticket, and now couldn't make it." The defendant did not provide any explanation on this voice mail.

On July 31, 2006, this officer received the defendant's monthly supervision report with a letter attached. In the letter, the defendant states, that "I will be starting work on August 14, 2006, at the school." The defendant also reported in the letter, that "I will not be making my way to treatment center this week." Also on this same day, this officer received a telephone call from Laura McAdams, Federal Case Manager at North Star Community Correctional Center, advising this officer that the defendant failed to report as instructed to the CCC on July 28, 2006.

Executed this 4th Day of August, 2006, at Fairbanks, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Toni M. Ostanik
U.S. Probation Officer