# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

**TO: UNITED STATES MARSHAL**

**RE: UNITED STATES OF AMERICA VS.** Harriet Tukrook

**CASE NO:** 3:02-cr-00120-RRB

---

**Defendant** Harriet Tukrook ,

**has this date met the bail conditions indicated below and is ordered discharged from custody.**

X **Released to** Pretrial Services officer , the third party custodian(s).

_____ **Paid cash bail in the amount of** _____ **to the Clerk of Court.**

_____ **Posted unsecured bond in the amount of** _____

_____ **Posted bond secured by** _____ **property or** _____ **surety in the amount of** _____ **with the Clerk of Court.**

_____ **Surrendered passport to the Clerk of Court.**

X **Other:** Placed at Cordova Center when space available

**Dated at** Anchorage **, Alaska this** 18 **day of** August **, 20** 06

REDACTED SIGNATURE

_____
**JOHN D. ROBERTS**
**U.S. MAGISTRATE JUDGE**

Original & 1 cy to U.S. Marshal