```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.   HARRIET TUKROOK    CASE NO.  3:02-CR-00120-RRB
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             CAROLINE EDMISTON

UNITED STATES' ATTORNEY:           BRYAN SCHRODER

DEFENDANT'S ATTORNEY:              SUE ELLEN TATTER, APPOINTED

U.S.P.O.:                          TONI OSTANIK, TELEPHONIC

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             Held 08/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:06 a.m. court convened.

 X Copy of Petition to Revoke Probation given to defendant; read.

 X Defendant sworn and stated true name:    Same as above.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit FILED.  Federal Public Defender accepted
appointment; FPD notified.

 X Defendant DENIED allegation 1 of the Petition to Revoke
Probation.

 X Matter to be referred to U.S. District Judge for further
proceedings.  Parties requested that the hearing be set as soon
as possible before Judge Beistline.

 X Order Setting Conditions of Release FILED.

 X Release Order FILED.

 X OTHER: Court and counsel heard re defendant's oral motion to
release the defendant to the Cordova Center, when space
available, with conditions; GRANTED.

At 11:23  a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal's Service; one copy forwarded to docketing.


DATE:      August 18, 2006       DEPUTY CLERK'S INITIALS:    ce
```