# United States District Court
## for the
## DISTRICT OF ALASKA

**RECEIVED AUG 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 3:02-CR-00120 (RRB) |
| vs. | **WARRANT FOR ARREST** |
| HARRIET TUKROOK | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Harriet Tukrook and bring her forthwith to the nearest Magistrate Judge to answer a Probation Violation Petition charging her with one violation of her term of Probation.

**SIGNATURE REDACTED**

The Honorable Ralph R. Beistline
U.S. District Court Judge

August 10, 2006
Date

2006 AUG 17 PM 2: 46
RECEIVED U.S. MARSHAL SERVICE ALASKA

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Pt. Lay, AK.

| Date Received: 8/10/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 8/17/06 | Brent Greenwood/NSBPD | |