```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                         USA    v.    TUKROOK

DATE:    August 22, 2006      CASE NO.    3:02-0120-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```

An evidentiary hearing on the Petition to Revoke will be held on **Friday, September 1, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING