Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIET TUKROOK,<br><br>Defendant. | NO. 3:02-cr-00120-RRB<br><br>**UNOPPOSED EMERGENCY MOTION FOR ORDER OF RELEASE**<br><br>(*Filed on Shortened Time*) |

The defendant, HARRIET TUKROOK, through counsel, pursuant to Judge Beistline's decision in court on September 1, 2006 (Docket No. 62), and the non-opposition of the Assistant U.S. Attorney Bryan Schroder, requests an emergency order releasing Ms. Tukrook from the Cordova Center at 11:00 a.m. on Thursday, September 7, 2006.

This motion is made necessary because Harriet Tukrook's family has obtained a one-way ticket from Anchorage to Point Lay, Alaska on September 7, 2006. The Alaska Airlines flight departs Anchorage on Thursday, and the boarding time is 1:15 p.m.  Ms. Tukrook should leave the Cordova Center by 11:00 a.m. to check through security on her way back to Barrow.

DATED this 6th day of September 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on September 6, 2006,
a copy of the ***Unopposed Emergency Motion for Order of Release (Filed on Shortened Time)*** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was faxed and mailed to:

Toni Ostanik
Probation Officer
U.S. Probation & Pretrial Services
101 12th Avenue, Box 3
Fairbanks, AK 99701

s/Sue Ellen Tatter