UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARRIET TUKROOK,<br><br>　　　　Defendant. | NO. 3:02-cr-00120-RRB<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT'S UNOPPOSED EMERGENCY MOTION FOR ORDER OF RELEASE |

After due consideration of the defendant's Unopposed Emergency Motion for Order of Release, the motion is GRANTED. The court hereby releases Harriet Tukrook from custody at the Cordova Center at 11:00 a.m. on Thursday, September 7, 2006.

DATED this __7__ day of September 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE