**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:02-cr-120 (RRB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Harriet Tukrook | WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK  99501    Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK  99513-7567

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for ths writ package.

Signature of Attorney or other Originator requesting service on behalf of: Richard L. Pomeroy, AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 4/24/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 4/27/06

I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4-27-06
Time: 4:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS:

Received check for $1102.96
Holding Original Writ

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)    Case No. **3:02-CR-120**<br>HARRIET TUKROOK, )<br>)<br>       Defendant, )<br>_____ ) | |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

    I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **April 27, 2006,** by Deputy U.S. Marshal **Ron Dewitt** and that on **December 4, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57672590** made payable to the Clerk of Court in the amount of **$1,102.96**.

    I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this \_\_6\_\_ day of **December, 2006** at Anchorage, Alaska.

                                              RANDY M. JOHNSON
                                              United States Marshal
                                              District of Alaska

                 By:   _/s/ signature_
                          Deputy U.S. Marshal

| | |
|---|---|
| 1099-MISC | Case Id: 302CR120RRB |
| Payer's Name: State of Alaska | Applicant's Name: |
| Federal Identification Number: 92-6001185 | TUKROOK, HARRIET J |

| Warrant Issue Date: 11/14/2006 | Warrant Amount ........................ $1102.96 |
|---|---|
| | CLERK OF COURT |
| | 222 W 7TH AVE #28 |
| PFD ALN: 06470727 | ANCHORAGE AK  99513 |

**Funding for PFD dividends comes from:**
- Permanent Fund earnings:
  - Constitutional dedication of funds     $400.13
  - Legislative action:
    - Statutory inflation proofing             434.42
    - Special legislative appropriations    308.67
- Reimbursements to the Dividend Fund    0.09
- Unexpended prior year Dividend Funds   12.93

**Total Gross Dividend**     $1156.24

**The Total Gross Dividend has been reduced for:**
- Medical and Public Assistance hold harmless provisions of AS 43.23.075     -$21.39
- Legislative appropriation of convicted and incarcerated felon and misdemeanant dividends     -13.95
- Dividend program administrative costs     -11.13
- Prior year dividend obligations     -2.81

**Net Dividend**     $1106.96

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- sentenced as a result of a felony conviction,
- incarcerated as a result of a felony conviction, or
- incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were $8,406,009.

The legislative purpose for making these individuals not eligible to receive a dividend is to:

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

**Total funds appropriated for FY 2007 under this purpose are:**
- Department of Corrections     $4,552,400
- Council on Domestic Violence and Sexual Assault     2,777,500
- Violent Crimes Compensation Board     782,400
- Office of Victims' Rights     293,700

**Total appropriations**     $8,406,000

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

    #  00129476  -  PS
     December 6, 2006


  Code    Case #    Qty       Amount

  604700-R  02-120            1,102.96 CK


  TOTAL→              1,102.96


  FROM: STATE OF ALASKA RE: PFD
        FOR HARRIET J. TUKROOK
        3:02-CR-00120 RRB
```