Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:02-cr-00120-RRB |
|---|---|
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO RESCHEDULE FINAL REVOCATION/EVIDENTIARY HEARING** |
| HARRIET TUKROOK, | |
| Defendant. | |

The defendant, HARRIET TUKROOK, through counsel, hereby requests the court to reschedule the Final Revocation/Evidentiary Hearing in this case, which the court recently continued from February 27 until March 6.  Counsel has a legal education seminar in the federal courthouse scheduled from March 5 through March 9, with no breaks.  In order to provide continuity of counsel, the defense requests a rescheduling of the March 6 hearing.

DATED this 22nd day of February 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on February 22, 2007,
a copy of the ***Motion on Shortened Time to Reschedule Final Revocation/Evidentiary Hearing***
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was faxed and mailed to:

Toni Ostanik
Probation Officer
U.S. Probation & Pretrial Services
101 12th Avenue, Box 3
Fairbanks, AK 99701

s/Sue Ellen Tatter