UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRIET TUKROOK,<br><br>    Defendant. | NO. 3:02-cr-00120-RRB<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion on Shortened Time to Reschedule Final Revocation/Evidentiary Hearing, the motion is GRANTED.

IT IS HEREBY ORDERED that the Final Revocation/Evidentiary Hearing scheduled for March 6, 2007, is rescheduled to _____, 2007, at _____ \_\_\_\_.m.

DATED this \_\_\_\_\_ day of February 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE