```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.   __HARRIET TUKROOK__   CASE NO. __3:02-CR-00120-RRB__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE:   __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER:   __SUZANNETTE LUCERO__

UNITED STATES' ATTORNEY:   __BRYAN SCHRODER__

DEFENDANT'S ATTORNEY:   __SUE ELLEN TATTER__

U.S.P.O.:   __TONI OSTANIK - TELEPHONIC__

PROCEEDINGS: FINAL DISPOSITION HEARING (CONTINUED EVIDENTIARY
              HEARING/FINAL PROBATION REVOCATION HEARING)
              HELD 3/13/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:31 a.m. court convened.

Court and counsel heard re defendant's status and disposition recommendations.

Defendant ADMITTED allegation 1 of the Petition to Revoke Probation.

Defendant's probation revoked and reinstated.

_X_ OTHER: __4 days imprisonment-time served.__

At 10:45 a.m. court adjourned.

DATE:   __MARCH 13, 2007__   DEPUTY CLERK'S INITIALS:   __SCL__