PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

**RECEIVED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                              Case No.    3:02-CR-00120-RRB

Harriet Tukrook

It appearing that the above-named has completed the terms of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on June 18, 2008. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE                          6.19.2008

Toni M. Ostanik                             Date
U.S. Probation/Pretrial Services
Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___28___ day of ___June___, 20_08_.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge